UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  20-12965
MICHELLE LAM  )
)  Chapter: 7
)
)  Honorable Timothy Barnes
)
)
Debtor(s)  )

## ORDER AUTHORIZING SUBSTITUTION OF ATTORNEY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given:

IT IS HEREBY ORDERED:

1. That David M. Siegel & Associates shall be substituted for Debtor's prior counsel, Gilberto R. Rivera of Rivera & Associates.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 10, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com