IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Michelle Lam, | Case No. 20-12965 |
| Debtor. | Hon. Timothy A. Barnes |

**NOTICE OF OBJECTION**

To:   Patrick S. Layng – Service via CM/ECF
      David Siegel – Service via CM/ECF

Trustee, David P. Leibowitz, hereby objects to the Motion to Convert Case from Chapter 7 to Chapter 13 filed by Debtor in this matter on August 13, 2020 (Docket 22).

Trustee submits that this motion should be denied on the grounds of bad faith pursuant to *Marrama v. Citizens Bank of Massachusetts,* 549 U.S. 365 (2007). In particular, Trustee points to the sudden and dramatic changes in Schedule I and J and states that there is sufficient equity in the Debtor's house to pay a substantial, if not 100% dividend to unsecured creditors now, rather than waiting for 5 years and depending on a drastically changed budget and support from others.

Trustee will file a further memorandum in opposition to the Debtor's motion in sufficient time for the Court to consider the same prior to the hearing date.

                                            Respectfully Submitted,

                                            /s/ David P. Leibowitz
                                            Trustee


David P. Leibowitz
Illinois Attorney 1612271
53 W Jackson Blvd – Suite 1115
Chicago, IL 60604
dleibowitz@lodpl.com
312 662 5750
(during COVID-19 crisis 847 334 6116)

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

    David P. Leibowitz, an attorney, certify, that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto on the persons named below, by either service through CM/ECF, or as otherwise indicated, on August 13, 2020.

                                            BY: /s/ *David P. Leibowitz*