Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michelle Lam
2118 N. Keeler Avenue, Apt 1
Chicago, IL 60639
SSN: xxx−xx−4605 EIN: N.A.

Case No. : 20−12965
Chapter : 7
Judge : Timothy A. Barnes

Debtor's Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

847 520−8100

Trustee:
David P Leibowitz ESQ
Lakelaw
53 West Jackson Boulevard
Suite 1115
Chicago, IL 60604

312−662−5750

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***June 25, 2020*** .

1. ***December 24, 2020*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***December 24, 2020*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: September 23, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 20-12965-TAB
Michelle Lam                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rruiz1              Page 1 of 2               Date Rcvd: Sep 23, 2020
                              Form ID: ntcftfc7         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
```
db              +Michelle Lam,    2118 N. Keeler Avenue, Apt 1,    Chicago, IL 60639-3604
aty             +THE LAW OFFICES OF DAVID P. LEIBOWITZ, LLC,    53 West Jackson Boulevard, Suite 1115,
                  Chicago, IL 60604-3566
28909867        +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28909870        +Ethicon Suture Cu,    5235 W 65th St,    Chicago, IL 60638-5700
28909873        +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                  San Diego, CA 92108-3007
28909877        +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28909866        +EDI: CAPITALONE.COM Sep 24 2020 06:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
28909868        +EDI: CITICORP.COM Sep 24 2020 06:03:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
                  Po Box 790034,    St Louis, MO 63179-0034
28909869        +EDI: CCS.COM Sep 24 2020 06:03:00      Credit Collection Services,    Attn: Bankruptcy,
                  Po Box 773,    Needham, MA 02494-0918
28909871        +EDI: IIC9.COM Sep 24 2020 06:03:00      IC System, Inc,    Attn: Bankruptcy,    Po Box 64378,
                  Saint Paul, MN 55164-0378
28909872        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2020 02:38:19
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
28909878         EDI: PRA.COM Sep 24 2020 06:03:00      Portfolio Recovery,    Attn: Bankruptcy,
                  120 Corporate Blvd,    Norfold, VA 23502
28911085        +EDI: RMSC.COM Sep 24 2020 06:03:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
28909880        +EDI: WTRRNBANK.COM Sep 24 2020 06:03:00      Target,    c/o Financial & Retail Srvs,
                  Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
28909881        +EDI: WFFC.COM Sep 24 2020 06:03:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                  1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28909874*       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                  San Diego, CA 92108-3007
28909875*       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                  San Diego, CA 92108-3007
28909876*       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                  San Diego, CA 92108-3007
28909879*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Michelle  Lam davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              David P Leibowitz, ESQ    dleibowitz@lodpl.com,
               il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com
```

```
District/off: 0752-1            User: rruiz1              Page 2 of 2             Date Rcvd: Sep 23, 2020
                                Form ID: ntcftfc7         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
         jstorer@lakelaw.com;storerjr58596@notify.bestcase.com;ecf@lodpl.com
        Karl   Meyer    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         ND-Four@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                    TOTAL: 5