UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHELLE LAM, | ) | Bankruptcy No. 20 B 12965 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on October 19, 2020, following the Trustee's **Motion for Authority to Sell to Debtor the Estate's Right, Title, and Interest in Real Property** (docket #38), which was granted by Court order dated October 19, 2020 (docket #42):

1.  The Trustee sold the estate's right, title, and interest in the following real property to the named individual at the price indicated below:

    **Real Property Address:** 2118 N. Keeler Avenue, Chicago, Illinois 60639

    **Permanent Tax Identification Number:** 13-34-220-036-0000

    **Legal Description:** LOT 32 IN BLOCK 2 IN HARTLEY'S ADDITION TO PENNOCK, BEING A SUBDIVISION OF THE EAST 1/2 OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 34, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.

    **Purchaser:** Debtor, Michelle Lam

    **Purchase Price:** $15,000.00

Date: January 11, 2021

    DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate

    By:   /s/ David P. Leibowitz
        David P. Leibowitz (ARDC # 1612271)
        Law Offices of David P. Leibowitz, LLC
        3438 N. Elaine Place – Suite 4
        Chicago, IL 60657
        (312) 662-5750
        dleibowitz@lodpl.com