**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-12965 |
| | § | |
| MICHELLE LAM | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/25/2020. The undersigned trustee was appointed on 06/25/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                        $15,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $71.70 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $14,928.30 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/24/2020 and the deadline for filing government claims was 12/24/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $29.80, for total expenses of $29.80.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/14/2021      By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 20-12965 | | Trustee Name: | David Leibowitz |
| Case Name: | LAM, MICHELLE | | Date Filed (f) or Converted (c): | 06/25/2020 (f) |
| For the Period Ending: | 1/14/2021 | | §341(a) Meeting Date: | 08/04/2020 |
| | | | Claims Bar Date: | 12/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2118 N. Keeler Avenue Chicago IL, Cook 60639-0000 | $285,000.00 | $74,639.00 | | $15,000.00 | FA |
| Asset Notes: | Sale to Debtor of estate's right, title, and interest in this property was approved by order dated 10/19/2020 (dkt #42). | | | | | |
| 2 | Make: Honda Model: Civic Year: 2012 | $6,783.00 | $4,383.00 | | $0.00 | FA |
| 3 | Living room and dining room set and bed room set | $150.00 | $150.00 | | $0.00 | FA |
| 4 | TV | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Winter and summer apparel | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Fashion jewelry | $90.00 | $90.00 | | $0.00 | FA |
| 7 | Cash | $100.00 | $100.00 | | $0.00 | FA |
| 8 | Checking 2738 Chase Bank | $452.82 | $452.82 | | $0.00 | FA |
| 9 | 401(k) | $2,700.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $295,475.82 | $80,014.82 | | $15,000.00 | $0.00 |

| Initial Projected Date Of Final Report (TFR): | 01/31/2021 | Current Projected Date Of Final Report (TFR): | 01/15/2021 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 20-12965 | Trustee Name: | David Leibowitz |
| Case Name: | LAM, MICHELLE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0671 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/25/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/14/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/28/2020 | (1) | Diana Mora (Chase Cashier's Check) | Payment for purchase of Debtor's equity in real estate, per order dated 10/19/2020 (dkt #42) | 1110-000 | $15,000.00 | | $15,000.00 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $24.98 | $14,975.02 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $22.60 | $14,952.42 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $24.12 | $14,928.30 |

| | | |
|---|---|---|
| TOTALS: | $15,000.00 | $71.70 | $14,928.30 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $15,000.00 | $71.70 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $15,000.00 | $71.70 | |

**For the period of 6/25/2020 to 1/14/2021**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $71.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/28/2020 to 1/14/2021**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $71.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 20-12965 | Trustee Name: David Leibowitz |
| Case Name: | LAM, MICHELLE | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0671 | Checking Acct #: ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 6/25/2020 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 1/14/2021 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $15,000.00 | $71.70 | $14,928.30 |

| For the period of 6/25/2020 to 1/14/2021 | | For the entire history of the case between 06/25/2020 to 1/14/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,000.00 | Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 | Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $71.70 | Total Compensable Disbursements: | $71.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71.70 | Total Comp/Non Comp Disbursements: | $71.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 20-12965 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LAM, MICHELLE | | | | | | | | Date: 1/14/2021 |
| Claims Bar Date: | 12/24/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>3438 N Elaine Place Suite 4<br>Chicago IL 60657-0801 | Trustee Compensation | Allowed | 2100-000 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| | DAVID P. LEIBOWITZ<br><br>3438 N Elaine Place - Suite 4<br>Suite 4<br>Chicago IL 60657-0801 | Trustee Expenses | Allowed | 2200-000 | $29.80 | $0.00 | $0.00 | $0.00 | $29.80 |
| | LAW OFFICES OF DAVID P. LEIBOWITZ, LLC<br><br>3438 N Elaine Place - Suite 4<br>Chicago IL 60657-0801 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $41.80 | $0.00 | $0.00 | $0.00 | $41.80 |
| | LAW OFFICES OF DAVID P. LEIBOWITZ, LLC<br><br>3438 N Elaine Place - Suite 4<br>Chicago IL 60657-0801 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,975.00 | $0.00 | $0.00 | $0.00 | $3,975.00 |
| 1 | TD BANK, USA BY AMERICAN INFOSOURCE AS AGENT<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,181.04 | $0.00 | $0.00 | $0.00 | $1,181.04 |
| 2 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,002.92 | $0.00 | $0.00 | $0.00 | $2,002.92 |
| 3 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $534.45 | $0.00 | $0.00 | $0.00 | $534.45 |

| Case No.: | 20-12965 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | LAM, MICHELLE | | | | | | | | Date: | 1/14/2021 |
| Claims Bar Date: | 12/24/2020 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $821.58 | $0.00 | $0.00 | $0.00 | $821.58 |
| 5 | WELLS FARGO BANK, N.A.<br><br>PO Box 10438, MAC F8235-02F<br>Des Moines IA 50306-0438 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,023.64 | $0.00 | $0.00 | $0.00 | $1,023.64 |
| 6 | CITIBANK, N.A.<br><br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,347.41 | $0.00 | $0.00 | $0.00 | $3,347.41 |
| 7 | CITIBANK, N.A.<br><br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,909.08 | $0.00 | $0.00 | $0.00 | $1,909.08 |
| 8 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC<br><br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive, Suite 350<br>Bloomington MN 55437 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,695.94 | $0.00 | $0.00 | $0.00 | $4,695.94 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,101.82 | $0.00 | $0.00 | $0.00 | $1,101.82 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,271.01 | $0.00 | $0.00 | $0.00 | $4,271.01 |

| Case No.: | 20-12965 |
|---|---|
| Case Name: | LAM, MICHELLE |
| Claims Bar Date: | 12/24/2020 |

**Trustee Name:** David Leibowitz
**Date:** 1/14/2021

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | MIDLAND FUNDING LLC<br><br>c/o MIDLAND CREDIT MANAGEMENT, INC. as agent<br>P.O. Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,662.24 | $0.00 | $0.00 | $0.00 | $4,662.24 |
| 12 | MIDLAND FUNDING LLC<br><br>c/o MIDLAND CREDIT MANAGEMENT, INC. as agent<br>P.O. Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,617.09 | $0.00 | $0.00 | $0.00 | $2,617.09 |
| 13 | MIDLAND FUNDING LLC<br><br>c/o MIDLAND CREDIT MANAGEMENT, INC. as agent<br>P.O. Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,543.40 | $0.00 | $0.00 | $0.00 | $2,543.40 |
| 14 | MIDLAND FUNDING LLC<br><br>c/o MIDLAND CREDIT MANAGEMENT, INC. as agent<br>P.O. Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $594.00 | $0.00 | $0.00 | $0.00 | $594.00 |
| | | | | | **$37,602.22** | **$0.00** | **$0.00** | **$0.00** | **$37,602.22** |

| Case No.: | 20-12965 | | | | | Trustee Name: | David Leibowitz |
| Case Name: | LAM, MICHELLE | | | | | Date: | 1/14/2021 |
| Claims Bar Date: | 12/24/2020 | | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $41.80 | $41.80 | $0.00 | $0.00 | $0.00 | $41.80 |
| Attorney for Trustee Fees (Trustee Firm) | $3,975.00 | $3,975.00 | $0.00 | $0.00 | $0.00 | $3,975.00 |
| Payments to Unsecured Credit Card Holders | $31,305.62 | $31,305.62 | $0.00 | $0.00 | $0.00 | $31,305.62 |
| Trustee Compensation | $2,250.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| Trustee Expenses | $29.80 | $29.80 | $0.00 | $0.00 | $0.00 | $29.80 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       20-12965
Case Name:      MICHELLE LAM
Trustee Name:   David P. Leibowitz

| | |
|---:|---:|
| Balance on hand: | $14,928.30 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---:|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $14,928.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| David P. Leibowitz, Trustee Expenses | $29.80 | $0.00 | $29.80 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Fees | $3,975.00 | $0.00 | $3,975.00 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Expenses | $41.80 | $0.00 | $41.80 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administrative expenses: | $6,296.60 |
| Remaining balance: | $8,631.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---:|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $8,631.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,631.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,305.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource as agent | $1,181.04 | $0.00 | $325.64 |
| 2 | LVNV Funding, LLC | $2,002.92 | $0.00 | $552.25 |
| 3 | LVNV Funding, LLC | $534.45 | $0.00 | $147.36 |
| 4 | LVNV Funding, LLC | $821.58 | $0.00 | $226.53 |
| 5 | Wells Fargo Bank, N.A. | $1,023.64 | $0.00 | $282.24 |
| 6 | Citibank, N.A. | $3,347.41 | $0.00 | $922.96 |
| 7 | Citibank, N.A. | $1,909.08 | $0.00 | $526.38 |
| 8 | Absolute Resolutions Investments, LLC | $4,695.94 | $0.00 | $1,294.78 |
| 9 | Portfolio Recovery Associates, LLC | $1,101.82 | $0.00 | $303.80 |
| 10 | Portfolio Recovery Associates, LLC | $4,271.01 | $0.00 | $1,177.62 |
| 11 | Midland Funding LLC | $4,662.24 | $0.00 | $1,285.49 |
| 12 | Midland Funding LLC | $2,617.09 | $0.00 | $721.59 |
| 13 | Midland Funding LLC | $2,543.40 | $0.00 | $701.28 |
| 14 | Midland Funding LLC | $594.00 | $0.00 | $163.78 |

|  | Total to be paid to timely general unsecured claims: | $8,631.70 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**